108 F.3d 1372
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Elder Deforrorrora LOCUST, Plaintiff--Appellant,
v.
NORTH CAROLINA DEPARTMENT OF CORRECTIONS; Jim Hunt; Joseph
H. Lofton; Lynn C. Phillips; Franklin Freeman,
Defendants--Appellees.
 No. 96-7525.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 13, 1997.
Decided March 19, 1997.
 
 Elder Deforrorrora Locust, Appellant Pro Se. Elizabeth F. Parsons, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, NC, for Appellees.
 Before HALL, ERVIN, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order granting the defendants' motion for costs. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Locust v. North Carolina Dep't of Corrections, No. CA-95-731-5-CT-BO (E.D.N.C. Sept. 10, 1996). We deny Appellant's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED